UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Mag. No. 2574 (DEA) |
| v. | <u>SEALING ORDER</u> |
| JOSEPH A. GIORGIANNI, a/k/a "Jojo," MARY MANFREDO, ANTHONY DIMATTEO, RALPH DIMATTEO, SR., GIUSEPPE SCORDATO, a/k/a "Joe," a/k/a "Joey," CAROL KOUNITZ, STEPHANIE LIMA, MARK BETHEA, and EUGENE BROWN, a/k/a "Raheem" | |

This matter having come before the Court upon the application of the United States of America, by Paul J. Fishman, United States Attorney (Eric W. Moran, Assistant United States Attorney, appearing) for an order sealing the Complaint and related papers in this matter, and for good cause shown,

IT IS on this 4th day of September, 2012,

ORDERED that the Complaint in this matter and all related papers, with the exception of the arrest warrant and copies thereof, be filed under seal, and they are hereby sealed until the arrest of the individual named in the warrant or until further order of this Court.

_____
HON. DOUGLAS E. ARPERT
UNITED STATES MAGISTRATE JUDGE