UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | MAGISTRATE NO. 12-2573 |
| v. | : | |
| | : | ORDER |
| JOSEPH A. GIORGIANNI | : | |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this ___10th___ day of ___SEPTEMBER___, 2012

ORDERED that _____BRIAN RILEY_____ from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant for the Initial Appearance ONLY, or unless otherwise ORDERED by the COURT.

_____
DOUGLAS E. ARPERT
United States Magistrate Judge