UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Douglas E. Arpert |
| | : | |
| v. | : | Mag. No. 12-2574 (DEA) |
| JOSEPH A. GIORGIANNI, | : | |
|   a/k/a "JoJo," | : | |
| MARY MANFREDO, | : | |
| ANTHONY DIMATTEO, | : | |
| RALPH DIMATTEO, SR., | : | |
| GIUSEPPE SCORDATO, | : | |
|   a/k/a "Joe," | : | |
|   a/k/a "Joey," | : | |
| CAROL KOUNITZ, | : | |
| STEPHANIE LIMA, | : | CONTINUANCE ORDER |
| MARK BETHEA, and | : | |
| EUGENE BROWN, | : | |
|   a/k/a "Raheem" | | |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Eric W. Moran and Matthew J. Skahill, Assistant U.S. Attorneys), and the above captioned defendants through their attorneys, for an order granting a continuance of the proceedings in the above-captioned matter so that the defendants will have additional time to consult with respective counsel, the opportunity to meet with the Government to discuss the charges and review pre-indictment discovery, and so that the parties may discuss a pre-indictment resolution to this matter; and each defendant being aware that he or she has the right to have the matter submitted to a grand jury within thirty days of the date of his or her initial appearance pursuant to Title 18, United States Code, Section 3161(b); and each defendant, whose attorney has signed below, having consented to the continuance and waived such right; and this being the first continuance sought by the parties, and for good cause shown;

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Each defendant, whose attorney has signed below, through his or her counsel, has requested additional time to consult with counsel and in order to allow the opportunity to meet with the Government to discuss the charges and review pre-indictment discovery;

(2) The United States and the defendant have jointly represented that the parties desire additional time to discuss a pre-indictment resolution to this matter, which would render any subsequent trial of this matter unnecessary; and

(3) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 21st day of September, 2012,

ORDERED that this action be, and it hereby is, continued from September 25, 2012 through and including November 26, 2012; and it is further

ORDERED that the period from September 25, 2012 through and including November 26, 2012 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. DOUGLAS E. ARPERT
United States Magistrate Judge

Form and entry
consented to:

_____
Eric W. Moran
Matthew J. Skahill
Assistant U.S. Attorneys

_____
Brian Reilly, Esq.
Counsel for defendant Joseph A. Giorgianni

_____
Anthony Simonetti, Esq.
Counsel for Mary Manfredo

_____
Edward G. Wahsburne, Esq.
Counsel for Anthony Dimatteo

_____
Darren M. Gelber, Esq.
Counsel for Ralph Dimatteo

_____
Scott Krasny, Esq.
Counsel for Giuseppe Scordato

_____
John Holliday, Esq.
Counsel for Carol Kounitz

Form and entry
consented to:

---

Eric W. Moran
Matthew J. Skahill
Assistant U.S. Attorneys

---

Brian Reilly, Esq.
Counsel for defendant Joseph A. Giorgianni

*[signature]*

Anthony Simonetti, Esq.
Counsel for Mary Manfredo

---

Edward G. Wahsburne, Esq.
Counsel for Anthony Dimatteo

---

Darren M. Gelber, Esq.
Counsel for Ralph Dimatteo

---

Scott Krasny, Esq.
Counsel for Giuseppe Scordato

---

John Holliday, Esq.
Counsel for Carol Kounitz

Form and entry
consented to:

_____
Eric W. Moran
Matthew J. Skahill
Assistant U.S. Attorneys


_____
Brian Reilly, Esq.
Counsel for defendant Joseph A. Giorgianni


_____
Anthony Simonetti, Esq.
Counsel for Mary Manfredo


*[signature]*
_____
Edward G. Wahsburne, Esq.
Counsel for Anthony Dimatteo


_____
Darren M. Gelber, Esq.
Counsel for Ralph Dimatteo


_____
Scott Krasny, Esq.
Counsel for Giuseppe Scordato


_____
John Holliday, Esq.
Counsel for Carol Kounitz

Form and entry
consented to:

_____
Eric W. Moran
Matthew J. Skahill
Assistant U.S. Attorneys


_____
Brian Reilly, Esq.
Counsel for defendant Joseph A. Giorgianni


_____
Anthony Simonetti, Esq.
Counsel for Mary Manfredo


_____
Edward G. Wahsburne, Esq.
Counsel for Anthony Dimatteo

*/s/ Darren M. Gelber*
_____
Darren M. Gelber, Esq.
Counsel for Ralph Dimatteo


_____
Scott Krasny, Esq.
Counsel for Giuseppe Scordato


_____
John Holliday, Esq.
Counsel for Carol Kounitz

Form and entry
consented to:

_____
Eric W. Moran
Matthew J. Skahill
Assistant U.S. Attorneys


_____
Brian Reilly, Esq.
Counsel for defendant Joseph A. Giorgianni


_____
Anthony Simonetti, Esq.
Counsel for Mary Manfredo


_____
Edward G. Wahsburne, Esq.
Counsel for Anthony Dimatteo


_____
Darren M. Gelber, Esq.
Counsel for Ralph Dimatteo


_____/s/ Scott Krasny/_____
Scott Krasny, Esq.
Counsel for Giuseppe Scordato


_____
John Holliday, Esq.
Counsel for Carol Kounitz

Form and entry
consented to:

_____
Eric W. Moran
Matthew J. Skahill
Assistant U.S. Attorneys


_____
Brian Reilly, Esq.
Counsel for defendant Joseph A. Giorgianni


_____
Anthony Simonetti, Esq.
Counsel for Mary Manfredo


_____
Edward G. Wahsburne, Esq.
Counsel for Anthony Dimatteo


_____
Darren M. Gelber, Esq.
Counsel for Ralph Dimatteo


_____
Scott Krasny, Esq.
Counsel for Giuseppe Scordato


_____
John Holliday, Esq.
Counsel for Carol Kounitz

_____
PAUL NORRIS, ESQ.
Counsel for ~~Rosa~~ Lima  Stephanie Lima

_____
Kim Augustus Otis, Esq.
Counsel for Mark Bethea


_____
Bruce Throckmorton, Esq.
Counsel for Eugene Brown

_____
Joshua L. Markowitz, Esq.
Counsel for Rosa Lima

_____
Kim Augustus Otis, Esq.
Counsel for Mark Bethea


_____
Bruce Throckmorton, Esq.
Counsel for Eugene Brown

_____
Joshua L. Markowitz, Esq.
Counsel for Rosa Lima

*[signature]*

_____
Kim Augustus Otis, Esq.
Counsel for Mark Bethea

*[signature]*

_____
Bruce Throckmorton, Esq.
Counsel for Eugene Brown