UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Douglas E. Arpert |
| v. | : | Mag. No. 12-2574 (DEA) |
| JOSEPH A. GIORGIANNI,<br>a/k/a "JoJo,"<br>MARY MANFREDO,<br>ANTHONY DIMATTEO,<br>RALPH DIMATTEO, SR.,<br>GIUSEPPE SCORDATO,<br>a/k/a "Joe,"<br>a/k/a "Joey,"<br>CAROL KOUNITZ,<br>STEPHANIE LIMA,<br>MARK BETHEA, and<br>EUGENE BROWN,<br>a/k/a "Raheem" | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CONTINUANCE ORDER |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Eric W. Moran and Matthew J. Skahill, Assistant U.S. Attorneys), and the above captioned defendants through their attorneys, for an order granting a continuance of the proceedings in the above-captioned matter so that the defendants will have additional time to consult with counsel, to review and consider pre-indictment discovery made available or to be made available by the Government, and to otherwise explore, or finalize, possible pre-indictment resolutions; and each defendant being aware that he or she has the right to have the matter submitted to a grand jury within thirty days of the date of his or her initial appearance pursuant to Title 18, United States Code, Section 3161(b); and each defendant, whose attorney has signed below, having consented to the continuance and waived such right; and this being the third continuance sought by the parties, and for good cause shown;

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Each defendant, whose attorney has signed below, through his or her counsel, has requested additional time to consult with counsel, to review and consider pre-indictment discovery made available or to be made available by the Government, and to otherwise explore, or finalize, possible pre-indictment resolutions;

(2) The United States and the defendant have jointly represented that the parties desire additional time to discuss or finalize a pre-indictment resolution to this matter, which would render any subsequent trial of this matter unnecessary; and

(3) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 29th day of January, 2013,

ORDERED that this action be, and it hereby is, continued from January 29, 2013 through and including February 28, 2013; and it is further

ORDERED that the period from January 29, 2013 through and including February 28, 2013 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. DOUGLAS E. ARPERT
United States Magistrate Judge

Form and entry consented to:

*[signature]*
Eric W. Moran

*[signature]*
Matthew J. Skahill
Assistant U.S. Attorneys

*[signature]*
Jerome A. Ballarotto, Esq.
Counsel for defendant Joseph A. Giorgianni

*[signature]*
Anthony Simonetti, Esq.
Counsel for Mary Manfredo

_____
Edward G. Wahsburne, Esq.
Counsel for Anthony Dimatteo

_____
Darren M. Gelber, Esq.
Counsel for Ralph Dimatteo

_____
Scott Krasny, Esq.
Counsel for Giuseppe Scordato

_____
John Holliday, Esq.
Counsel for Carol Kounitz

Form and entry
consented to:

_____
Eric W. Moran
Matthew J. Skahill
Assistant U.S. Attorneys


_____
Jerome A. Ballarotto, Esq.
Counsel for defendant Joseph A. Giorgianni


_____
Anthony Simonetti, Esq.
Counsel for Mary Manfredo

*[signature]*
_____
Edward G. Wahsburne, Esq.
Counsel for Anthony Dimatteo


_____
Darren M. Gelber, Esq.
Counsel for Ralph Dimatteo


_____
Scott Krasny, Esq.
Counsel for Giuseppe Scordato


_____
John Holliday, Esq.
Counsel for Carol Kounitz

Form and entry
consented to:

_____
Eric W. Moran
Matthew J. Skahill
Assistant U.S. Attorneys


_____
Jerome A. Ballarotto, Esq.
Counsel for defendant Joseph A. Giorgianni


_____
Anthony Simonetti, Esq.
Counsel for Mary Manfredo


_____
Edward G. Wahsburne, Esq.
Counsel for Anthony Dimatteo

_____
Darren M. Gelber, Esq.
Counsel for Ralph Dimatteo


_____
Scott Krasny, Esq.
Counsel for Giuseppe Scordato


_____
John Holliday, Esq.
Counsel for Carol Kounitz

JAN-29-2013 15:46 From:                    8569684917              To:916099890451           Page:8/12

01/25/2013 FRI 11:05 FAX                                                                     ☒004/005

JAN-25-2013 11:48 From:                    8569684917              To:916098832551           Page:4/5

Form and entry
consented to:

_____
Eric W. Moran
Matthew J. Skahill
Assistant U.S. Attorneys


_____
Jerome A. Ballarotto, Esq.
Counsel for defendant Joseph A. Giorgianni


_____
Anthony Simonetti, Esq.
Counsel for Mary Manfredo


_____
Edward G. Wahsburne, Esq.
Counsel for Anthony Dimatteo


_____
Darren M. Gelber, Esq.
Counsel for Ralph Dimatteo


_____/s/_____
Scott Krasny, Esq.
Counsel for Giuseppe Scordato


_____
John Holliday, Esq.
Counsel for Carol Kounitz

JAN-29-2013 15:46 From: 8569684917 To:916099890451 Page:9/12

01/28/2013 11:45 6095879950 JOHN M HOLLIDAY ESQ PAGE 04/05

Form and entry
consented to:

_____
Eric W. Moran
Matthew J. Skahill
Assistant U.S. Attorneys


_____
Jerome A. Ballarotto, Esq.
Counsel for defendant Joseph A. Giorgianni


_____
Anthony Simonetti, Esq.
Counsel for Mary Manfredo


_____
Edward G. Wahsburne, Esq.
Counsel for Anthony Dimatteo


_____
Darren M. Gelber, Esq.
Counsel for Ralph Dimatteo


_____
Scott Krasny, Esq.
Counsel for Giuseppe Scordato

_____
John Holliday, Esq.
Counsel for Carol Kounitz

_____
Paul W. Norris, Esq.
Counsel for Stephanie Lima


_____
Kim Augustus Otis, Esq. c/o Hal K. Haveson, Esq.
Counsel for Mark Bethea


_____
Bruce Throckmorton, Esq.
Counsel for Eugene Brown

JAN-29-2013 15:46 From:            8569684917          To:916099890451          Page:11/12

01/25/2013 16:10    609-683-4636        HAVESON AND OTIS              PAGE 05/05
JAN-25-2013 12:14 From:          8569684917          To:916096834636      Page:5/5

_____
Paul W. Norris, Esq.
Counsel for Stephanie Lima

*[signature]* for Kim Otis
_____
Kim Augustus Otis, Esq. c/o Hal K. Haveson, Esq.
Counsel for Mark Bethea

_____
Bruce Throckmorton, Esq.
Counsel for Eugene Brown

Case 3:12-mj-02574-DEA  Document 76  Filed 01/29/13  Page 10 of 10 PageID: 204
JAN-29-2013 15:46 From:                8569684917           To:916099890451        Page:12/12

JAN-25-2013 11:59 From:           RECEIVED 01/25/2013 12:05
                                  8569684917    To:916055859151      Page:5/5

_____
Paul W. Norris, Esq.
Counsel for Stephanie Lima


_____
Kim Augustus Otis, Esq. c/o Hal K. Haveson, Esq.
Counsel for Mark Bethea


*/s/ Bruce Throckmorton*
Bruce Throckmorton, Esq.
Counsel for Eugene Brown